| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
§  CASE NO. 1:17-CR-154
*versus* §
§
§
CHRISTOPHER CHARLES DUDLEY §

# ORDER

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's *Pro Se Motion for Nunc Pro Tunc Order.* (Doc. No. 852.) The magistrate judge recommended denying the motion because the evidence of record does not support the Defendant's allegation that his sentences were ordered to run concurrently. The parties have not objected to the judge's report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation of the United States magistrate judge is **ADOPTED** and the Defendant's motion (Doc. No. 851) is **DENIED**.

SIGNED at Beaumont, Texas, this 16th day of December, 2022.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE